**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FRANK R. GUIDIDAS, *et al.*,

    Plaintiffs,

v.                                          Case No: 8:11-cv-2545-T-30TBM

COMMUNITY NATIONAL BANK
CORPORATION, ROGER L.
BALDINGER, JOSEPH R. KONDISKO,
ALLANA M. KONDISKO, WILLIAM G.
MCKELVEY, JEANNE W. MCKELVEY
and CHARLES K. GRAHAM,

    Defendants.

**ORDER**

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Temporary Stay Pending Settlement Negotiations (Dkt. #114). The parties have indicated that the insurance policy applicable to the claims at issue in this litigation is a "wasting policy" meaning that the monies spent by the insurer to defend the action depletes the policy limits available for potentially settling the claims. Therefore, given the numerous discovery motions pending at this time, the parties request a thirty (30) day stay of the proceedings to continue settlement negotiations. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.    The Joint Motion for Temporary Stay Pending Settlement Negotiations (Dkt. #114) is GRANTED.

2. All of the proceedings in this case are hereby stayed until April 25, 2014.

3. The parties shall file a Joint Status Report regarding the outcome of the settlement negotiations on or before April 26, 2014.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of March, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2545 stay 114.docx

2