**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FRANK R. GUIDIDAS, et al.,

    Plaintiffs,

v.	Case No: 8:11-cv-2545-T-30TBM

COMMUNITY NATIONAL BANK
CORPORATION, et al.,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion for Extension of Time for Expert Discovery and Submission of Dispositive Motions (Dkt. #129) and Plaintiffs' Motion to Extend Second Amended Case Management and Scheduling Order Deadlines (Dkt. #130). Plaintiffs and Defendants' counsel have conferred regarding setting new dates for fact discovery, expert discovery, and dispositive motions. While counsel agreed that certain dates contained in the Second Amended Case Management and Scheduling Order should be extended, they were unable to agree on the proposed deadlines contained in each of the instant Motions. The Court has considered the parties' arguments and concludes that the parties' Motions should be granted in part and denied in part.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion for Extension of Time for Expert Discovery and Submission of Dispositive Motions (Dkt. #129) is GRANTED in part and DENIED in part.

2. Plaintiffs' Motion to Extend Second Amended Case Management and Scheduling Order Deadlines (Dkt. #130) is GRANTED in part and DENIED in part.

3. The parties are directed to meet the terms and time limits set forth in the forthcoming Third Amended Case Management and Scheduling Order, as noted below:

| | |
|---|---|
| **Fact Discovery Cut-Off:** | **August 1, 2014** |
| **Plaintiff(s) Expert Disclosure:** | **August 15, 2014** |
| **Defendant(s) Expert Disclosure:** | **September 5, 2014** |
| **Expert Discovery Deadline:** | **September 19, 2014** |
| **Dispositive Motion Deadline:** | **October 10, 2014** |

4. A Third Amended Case Management and Scheduling Order shall follow.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of June, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2545 mots to extend scheduling order.docx

2